## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | |
|---|---|
| DAVID COTTEN, | ) |
|     Plaintiff, | ) |
| v. | )    No. 5:16-cv-00065-KKC |
| NATIONAL CREDIT SYSTEMS, INC. | ) |
|     Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, DAVID COTTEN, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

April 1, 2016      By: /s/ Shireen Hormozdi
Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
E-mail: shireen@norcrosslawfirm.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On April 1, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to the Vice President of Operations, Ron Sapp, at rsapp@nationalcreditsystems.com.